UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JIMMIE LAZENBERRY,

          Plaintiff,

-vs-                                                Case No. 6:13-cv-303-Orl-18KRS

SOCIAL SECURITY ADMIS. OFFICE,
GAGLIONE DUMAS,

          Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Amended Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 6). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Motion is **GRANTED IN PART**. The claims against Gaglione Dumas are **DISMISSED** without prejudice. Plaintiff may proceed with his claims against the Commissioner of Social Security without payment of a filing fee. Plaintiff may not file another amended complaint in this case unless permitted by the Court. Clerk of the Court is directed to transfer this case to the **Jacksonville Division**.

It is **SO ORDERED** in Orlando, Florida, this 16 day of April, 2013.

G. KENDALL SHARP
Senior United States District Judge

Copies to:
Jimmie Lazenberry